UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK C. AMODEI                                              JURY TRIAL DEMANDED

v.                                                           CASE NO.  3:16CV

LINDA STRUMPF
U.S. EQUITIES CORP.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act ("CCPA"), the Connecticut Unfair Trade Practices Act, statutory theft (§ 52–564), conversion, unjust enrichment, or abuse of process.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Defendants operate from an address in New Canaan CT.

5. Equities buys defaulted consumer debt and seeks to collect thereon.

6. Defendant Strumpf regularly collects debts by appearing in court or writing letters as the attorney for U.S. Equities Corp. ("Equities").

7. Equities acted through its attorney Linda Strumpf as to the actions plaintiff alleges herein.

8. Equities obtained a small claims default judgment against plaintiff based on his defaulted personal credit card ending in 9956.

9. Plaintiff used the credit card for normal personal, family or household expenses.

10. Equities' records show that plaintiff used the credit card for personal, family, or household expenses.

11. On or about April 22, 2016, defendants obtained a property execution from the small claims clerk.

12. At the time, plaintiff was an independent contractor providing personal services for One Call Care Transport of Jacksonville Florida.  Plaintiff received earnings from One Call to the extent that he accepted transport jobs from One Call.

13. Defendants caused Marshal Susan Voight to transmit the property execution to One Call, which resulted in recovery of just under $1,000 of his earnings.

14. Plaintiff did not know why One Call had stopped paying him until July 20, 2016, when One Call sent him the attached document.

15. On July 21, 2016, One Call sent plaintiff only pages one and two of the property execution on which it based its withholding of his earnings.

16. Plaintiff obtained an exemption claim form and filed it on July 25, 2016.

17. Defendants knew that the funds they attached were plaintiff's earnings.

18. Defendants knew that the property execution form could not be used to execute on earnings.

19. Defendants knew that the funds they attached were exempt.

20. Defendants refused to refund plaintiff's earnings.

21. Defendants told plaintiff that they were not required to return his exempt funds because he had filed the exemption claim form belatedly.

22. As a matter of law, defendants were required to return exempt funds even if the exemption claim form was untimely filed.

23. Plaintiff suffered garden variety emotional distress, loss of earnings, and loss of the use of his earnings.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the FDCPA against each defendant.

2. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the CCPA against Equities.

3. Award actual and punitive damages under CUTPA against Equities.

4. Award treble damages for conversion of the attached wages (§52-564), and such other and further relief as law or equity may provide.

5. Award attorney's fees and costs.

                                      THE PLAINTIFF

*Joanne S. Faulkner*

BY __/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net

## Total Employees

Organization Total
Organization Total Type

Corporate Total
Corporate Total Type

## Tax and Financial Information

Tax Registration Num  043661643
VAT Number.
Fiscal Year End

☐ Federal Agency

Analysis Year
Currency Preference
Annual Revenue
Potential Revenue
For next fiscal year.

## Basic Information

⊞ Show Additional Basic Information

## Attachments

Search

Note that the search is case insensitive
Title [        ]  [ Go ]
⊞ Show More Search Options

| Title | Type | Description | Category | Last Updated By | Last Updated | Usage | Update | Delete |
|---|---|---|---|---|---|---|---|---|
| TIN MATCH | File | | From Supplier | TGOODBOLD | 09-May-2013 | One-Time | ✎ | 🗑 |
| OIG CHECK | File | | From Supplier | MSINGH | 12-Jul-2016 | One-Time | ✎ | 🗑 |
| LEVY PLACED | File | 11.09.14 | From Supplier | SKETTER | 10-Nov-2014 | One-Time | ✎ | 🗑 |
| LEVY RELEASED | File | | From Supplier | SKETTER | 17-Nov-2014 | One-Time | ✎ | 🗑 |
| ADDRESS UPDATE | File | | From Supplier | SKETTER | 17-Nov-2014 | One-Time | ✎ | 🗑 |
| LEVY PLACED | File | CHECK PAYABLE TO SUSAN L VOIGHT TRUSTEE STATE MARSHAL UNTIL FURTHER NOTICE. | From Supplier | DASMITH | 07-Jul-2016 | One-Time | ✎ | 🗑 |